IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Trina May,                                    Case No. 3:10 CV 32

        Plaintiff,                  MEMORANDUM OPINION
                                              AND ORDER

  -vs-
                                              JUDGE JACK ZOUHARY
Commissioner of Social Security,

        Defendant.

The Court has reviewed the Report and Recommendation of the Magistrate Judge filed August 31, 2010. Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (2009)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court has reviewed the R&R (Doc. No. 10), and having found it legally and factually accurate, adopts the R&R in its entirety.

IT IS SO ORDERED.

                                                    s/ *Jack Zouhary*
                                                   JACK ZOUHARY
                                                   U. S. DISTRICT JUDGE

                                                   September 23, 2010